IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS SHIVES,

    Petitioner,                  No. CIV S-08-1548 JAM EFB P

    vs.

D.K. SISTO,

                              <u>ORDER AND</u>

    Respondent.             <u>ORDER TO SHOW CAUSE</u>

_____/

      Plaintiff is a prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 26, 2010, the assigned district judge adopted the undersigned's findings and recommendations and ordered respondent to file and serve an answer to petitioner's application within 60 days. Respondent has not filed an answer.

      Accordingly, it is hereby ORDERED that:

      1. Respondent shall show cause, within fourteen days, why he should not be sanctioned for failure to comply with the court's order; and

////

////

////

////

1

1      2. Within fourteen days, respondent shall also file his answer to the petition.

2  Dated: July 14, 2010.

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE